BENJAMIN B. WAGNER
Acting United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ARMANDO CHRISTOPHER TABAREZ,<br>et al.,<br><br>   Defendants. | Cr. No. S 94-0320 JAM<br><br>**GOVERNMENT'S MOTION TO DESTROY ORIGINAL RECORDINGS OF COURT AUTHORIZED T-III INTERCEPTS** and **ORDER** |

The government moves for authorization for the U.S. Drug Enforcement Administration to destroy the original recordings of the Court authorized intercepted telephone communications in the above captioned closed case.  18 U.S.C. § 2518(8)(a) requires Court authorization to do so.  The case is over with all defendants except one convicted and the charges against the one remaining (fugitive) defendant now dismissed.  No appeals are pending.  DEA wants to close out their file and dispose of the physical evidence, including the above described recordings.

Dated: November 7, 2011

                                               BENJAMIN B. WAGNER
                                               U.S. Attorney

                                       by    /s/ Richard J. Bender
                                               RICHARD J. BENDER
                                               Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ARMANDO CHRISTOPHER TABAREZ, et al.,<br><br>        Defendants. | Cr. No. S 94-0320 JAM<br><br>**ORDER AUTHORIZING DESTRUCTION OF ORIGINAL T-III RECORDINGS** |

    Upon motion of the government, the case having been closed and good cause having been shown, it is hereby ORDERED that the Drug Enforcement Administration is authorized to destroy the original T-III recordings in the above referenced case.

Dated: November 7, 2011

                  /s/ John A. Mendez
                JOHN A. MENDEZ
                 U.S. District Court Judge